UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WYLIE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCK & CO., INC., et al.,<br><br>　　　　Defendants. | No. 2:22-cv-00604-WBS-DB<br><br>**New Case No. 2:22-cv-00604-DAD-EPG**<br><br>ORDER RELATING AND REASSIGNING CASES |
| AMBER HOBBS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCK & CO., INC., et al.,<br><br>　　　　Defendants. | No. 2:22-cv-00662-JAM-DMC<br><br>**New Case No. 2:22-cv-00662-DAD-EPG** |
| LYNETTE EDWARDS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MERCK & CO., INC., et al.,<br><br>　　　　Defendants. | No. 1:22-cv-00433-JLT-SKO<br><br>**New Case No. 1:22-cv-00433-DAD-EPG** |

1

A review of the complaints in the above-captioned cases reveals that they are related under this court's Local Rule 123(a) to the following related action pending before the undersigned: *Ramos v. Merck & Co., Inc., et al.*, 1:22-cv-00430-DAD-EPG. Accordingly, assignment of the above-captioned actions to the undersigned and to Magistrate Judge Erica P. Grosjean will promote efficiency and economy for the court and the parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases. The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that the three (3) above-captioned actions be reassigned to the undersigned and Magistrate Judge Erica P. Grosjean. The documents in the above-captioned actions shall bear the new case numbers above.

IT IS SO ORDERED.

Dated: **April 20, 2022**

UNITED STATES DISTRICT JUDGE