Kevin P. Roddy, CA State Bar No. 128283
  *kroddy@wilentz.com*
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, New Jersey 07095
Tel: (732) 855-6402

Shehnaz M. Bhujwala, State Bar No. 223484
BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903
Tel:    (818) 340-5400
Fax:    (818) 340-5401

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LAURA WYLIE, an individual,, | Case No. 2:22-cv-00604-WBS-DB |
| Plaintiff, | **STIPULATION FOR CONTINUANCE OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS CLAIMS; ORDER** |
| v. | |
| MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive, | **(Local Rules 143, 144, and 230(f))** |
| | The Hon. William B. Shubb |
| Defendants. | |

## STIPULATION

WHEREAS, the above-captioned action was removed to federal court by Defendants on or about April 5, 2022;

WHEREAS, Defendants filed a Motion to Dismiss Plaintiff Wylie's Claims on April 12, 2022, which is set for hearing on June 27, 2022, at 1:30 P.M., in Courtroom 5 (ECF Dkt No. 6);

WHEREAS, Plaintiff contends she needs additional time to prepare the response to Defendants' Motion, which is presently due 14 days from the date of filing of Defendants' motions (by April 26, 2022) under Local Rule 230(c);

WHEREAS, Defendants do not object to a 15-day extension of the current briefing schedule;

WHEREAS, Plaintiff contend good cause exists to a proposed extension of the current briefing schedule on Defendants' Motion to Dismiss Plaintiff's Claims by at least 15 days to permit Plaintiff additional time to prepare the response to the Motion filed by Defendants, particularly as this case is one of four potentially related cases recently removed to federal court by Defendants and anticipates additional motions practice in those cases with near-in-time deadlines for responses;

WHEREAS, this is the first-such request for an extension of time; and

WHEREAS, this stipulated request is made prior to Plaintiff's deadline for response to Defendants' Motion and the hearing date on the Court's calendar is more than 7 days away,

NOW, THEREFORE, THE PARTIES STIPULATE TO THE FOLLOWING:

1.    Plaintiff's deadline to file a response to Defendants' Motion to Dismiss Claims shall be extended by approximately 15 days, to May 11, 2022;

2.    Defendants' deadline to file a reply in support of Defendants' Motion to Dismiss Claims shall be filed no later than 14 days after Plaintiff's response to Defendants' Motion to Dismiss Claims is filed, to May 25, 2022;

3.    The hearing on Defendants' Motion to Dismiss Claims shall remain as noticed for June 27, 2022 at 1:30 P.M., in Courtroom 5.

1   IT IS SO STIPULATED.

2   DATED: April 21, 2022				BOUCHER LLP

3

4
						By:   /s/ Shehnaz M. Bhujwala
5						      SHEHNAZ M. BHUJWALA

6						*Attorneys for Plaintiff*

7   DATED: April 21, 2022				VENABLE LLP

8

9
						By:   /s/ Shannon E. Beamer (as authorized on April 21, 2022)
10						      SHANNON E. BEAMER
						      NICOLE N. KING
11

12						*Attorneys for Defendants*

13

14

15					**ORDER**

16   IT IS SO ORDERED.

17   Dated: April 22, 2022		[signature]

18						WILLIAM B. SHUBB
						UNITED STATES DISTRICT JUDGE
19

---

3

STIPULATION FOR CONTINUANCE OF BRIEFING SCHEDULE
ON DEFENDANTS' MOTION TO DISMISS CLAIMS